UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
JUL 12 2011
CLERK U.S. BANKRUPTCY
ORLANDO DIVISION

In re

Dexter and Debbie Gopaul,   Case No. 6-04-bk-08429-ABB
                            Chapter 13

_____ Debtor(s) _____ /

## ORDER DIRECTING RELEASE OF UNCLAIMED FUNDS

This case came before the Court upon the motion filed by Citicorp, NA as successor to Citbank USA, a party in the above referenced case, for release of funds being held in the Court's registry account of unclaimed funds. Upon consideration the Court finds that the party has furnished all necessary documentation and otherwise has complied with the requirements for release of the unclaimed funds.

IT IS ORDERED that the motion is granted and that the Clerk of Court shall pay the unclaimed funds in the amount of $1,888.14 to Citicorp, NA c/o Kathleen S. Allen, 3800 Citigroup Center Dr., G 3-4, Tampa, FL 33610.

DATED: 7/12/11

Arthur B. Briskman
United States Bankruptcy Judge

Copy furnished to:
Susan Magaditsch, Financial Administrator, United States Bankruptcy Court, Sam M. Gibbons U.S. Courthouse, 801 N. Florida Avenue, Suite 727, Tampa, FL 33602-3899